Kelley Marie Coelho
P.O. Box 1115
Hughson, CA 95326
Tel: (619) 274-4737
E-mail: misskcoelho@yahoo.com

Plaintiff (*pro se*)

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5066
    Email: Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendant
MARISOL CHALAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLEY MARIE COELHO,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARISOL A. CHALAS,<br><br>    Defendant, | Case No. 23-cv-04525-SI<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE RE: FED. DEF.'S MOTION TO DISMISS (Dkt. No. 6)** |

      Plaintiff Kelley M. Coelho respectfully requests a sixty (60) day extension of the briefing schedule for Defendant's Motion to Dismiss. *See* Dkt. No. 6. Defendant has stipulated to Plaintiff's request for an extension. As grounds therefore, Plaintiff states as follows:

1. WHEREAS, on September 8, 2023, Defendant filed a Motion to Dismiss. Dkt. No. 6.

2. WHEREAS, on September 22, 2023, the Court granted Plaintiff an extension until October 13, 2023 to file a response to Defendant's Motion to Dismiss. Dkt. No. 17.

3. WHEREAS, Plaintiff seeks additional time to retain counsel and prepare a Response to Defendant's Motion to Dismiss.

4. WHEREAS, Plaintiff has requested another sixty (60) day extension for the briefing on the Motion to Dismiss.

5. WHEREAS, Defendant does not oppose Plaintiff's request for an extension to the briefing schedule.

6. Based on the foregoing, Plaintiff requests the following extension for briefing of Defendant's Motion to Dismiss:

| Event | Date |
| --- | --- |
| Plaintiff's Response to Motion to Dismiss | December 12, 2023 |
| Defendant's Reply in Support of Motion to Dismiss | December 19, 2023 |
| Motion to Dismiss Hearing | TBD by the Court (on or after January 9, 2024) |

Dated: October 12, 2023   By:   /s/ Kelley Marie Coelho
KELLEY MARIE COELHO

Plaintiff (*Pro Se*)

Respectfully submitted,

Dated: October 12, 2023   ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

By:   /s/ Christopher F. Jeu[1]
CHRISTOPHER F. JEU
Assistant U.S. Attorney
Attorneys for Federal Defendant

---

[1] In compliance with Civil Local Rule 5-1(i), the filer of this document attests under penalty of perjury that Plaintiff has concurred in the filing of this document.

STIPULATED REQUEST TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE
23-CV-4525 SI