UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY MARIE COELHO,<br><br>    Plaintiff,<br><br>    v.<br><br>MARISOL A. CHALAS,<br><br>    Defendant.<br>------------------------------------------------------<br>KELLEY MARIE COELHO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH TIMOTHY ROBERTS,<br><br>    Defendant. | Case No. 23-cv-04525-SI<br><br>Case No. 23-cv-04527 SI<br><br>**ORDER RE: MOTIONS TO SEAL**<br><br>Re: Dkt. No. 27 in 23-4525<br><br>Re: Dkt. No. 13 in 23-4527<br><br>**ORDER TO BE FILED IN BOTH CASES** |

Plaintiff has filed motions to seal the entirety of these cases. The Court concludes that Coelho has not met the high burden required for sealing the entirety of a case. However, the Court finds it appropriate to seal Dkt. No. 28-2 in Case No. 23-4525 and Dkt. No. 14-1 in Case No. 23-4527, as those exhibits contain personal and sensitive information. The Clerk shall lock those exhibits on the public docket.

**IT IS SO ORDERED**.

Dated: January 12, 2024

_____
SUSAN ILLSTON
United States District Judge